Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−10031−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ruben D. Lopez
  54 Lodi St
  # 2A
  Hackensack, NJ 07601−5383

Social Security No.:
  xxx−xx−6011

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/18 at 10:30 AM

to consider and act upon the following:

**45** − Objection to Debtor(s) Attorney's Application for Compensation (related document:44 Application for Compensation for Robert L. Sweeney, Debtor's Attorney, period: 8/16/2017 to 2/8/2018, fee: $400.00, expenses: $0.00. Filed by Robert L. Sweeney. Objection deadline is 2/15/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Ruben D. Lopez) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/22/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court