Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. Sweeney, Esq.
141 Main Street, 2nd Floor
Hackensack, NJ 07601
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com
RS-1174

In Re:

Ruben D. Lopez

Case No.:     15-10031 RG

Chapter:        13

Judge:        Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: February 26, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Robert L. Sweeney _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 400.00 _____ . The allowance is payable:

⊠ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 580 _____ per month for _____ 23 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2