# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  15−10031−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ruben D. Lopez
    54 Lodi St
    # 2A
    Hackensack, NJ 07601−5383

Social Security No.:
    xxx−xx−6011

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 09:00 AM

to consider and act upon the following:

*54* – Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/4/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Sweeney on behalf of Ruben D. Lopez. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 10/9/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court