Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 15−10031−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Ruben D. Lopez
 54 Lodi St
 # 2A
 Hackensack, NJ 07601−5383

Social Security No.:
 xxx−xx−6011

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 09:00 AM

to consider and act upon the following:

*54* − Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/4/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Sweeney on behalf of Ruben D. Lopez. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 10/9/18

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Ruben D. Lopez  
    Debtor

Case No. 15-10031-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 09, 2018  
                                Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.  
db          #+Ruben D. Lopez,    54 Lodi St,    # 2A,    Hackensack, NJ 07601-5385  
cr          +Toyota Motor Credit Corporation,    Attn Becket & Lee, LLP,    PO Box 3001 Dept.,    Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: cio.bncmail@irs.gov Oct 10 2018 01:11:25  
           United States of America (Internal Revenue Service,    U.S. Attorneys Office,    970 Broad Street,    Suite 700,    Newark, NJ 07102-2535  
cr          E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2018 01:18:14  
           Orion c/o Recovery Management Systems Corporation,    Ramesh Singh,    25 SE 2nd Avenue,    Suite 1120,    Miami, FL 33131-1605  
                                                                                                                           TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:  
       Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation  
        bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)  
        eamonn.ohagan@usdoj.gov  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Robert L. Sweeney    on behalf of Debtor Ruben D. Lopez rsweeneylaw@aol.com, G6120@notify.cincompass.com  
                                                                                                                      TOTAL: 4