UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert L. Sweeney, Esq.; RS-1174
141 Main Street, 2nd Floor
Hackensack, NJ  07601
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com

Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ruben D. Lopez

Case No.: 15-10031

Chapter: 13

Judge: Hon. Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert L. Sweeney, Esq_____, the applicant, is allowed a fee of $ \_\_\_\_\_400.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_\_ for a total of $\_\_\_\_\_400.00\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_611\_\_\_\_\_ per month for \_\_\_\_13\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*